May 31, 2017

**VIA ELECTRONIC FILING**

The Honorable Jon S. Tigar
U.S. District Court Judge, N.D. Cal.
San Francisco Courthouse, Courtroom 9 – 19th Floor
450 Golden Gate Avenue
San Francisco, CA 94102

Re: *Boconvi, et al. v. Velocity Express, LLC, et al.*, Case No. 17-cv-02623-JST

Dear Judge Tigar:

As a result of ongoing discussions regarding the two bellwether trials set to begin on June 12, 2017, the Parties hereby inform the Court a joint stipulation as to the amount of judgment was reached in the above-referenced matter. This stipulation was reached today, May 31, 2017. The Parties are filing this letter immediately so as to save the Court's resources in preparing for trial and reviewing the Parties' Motions *in limine* and other pre-trial filings.

The terms of the stipulation are as follows:

1. The Parties agree to stipulate to judgment for Plaintiff Boconvi in the amount of $2,500 and Plaintiff Mack in the amount of $60,000;
2. Plaintiffs will allocate the judgment award for each Plaintiff based on their respective claims, and will submit the proposed allocation to the Court for its review;
3. The stipulation is not an admission of liability by Defendants; rather, it is a means to expedite Defendants' appellate rights regarding the Court's previous rulings on Successor Liability and Employment Status, and a ruling on Plaintiffs' forthcoming Motion for Attorneys' Fees and Costs;
4. In the event that the Court's determinations regarding liability are affirmed, the agreed-to damages set forth in bullet point one, *supra*, will not be separately appealed; and
5. The Parties will brief attorneys' fee and costs to the Court under a schedule to be determined at the next Case Management Conference.

Given the Court had previously set June 7, 2017, as the final pre-trial conference, the Parties request the Court vacate the pre-trial conference and instead set a telephonic phone conference to address any questions the Court may have and to set a schedule for Plaintiffs' Motion for Attorneys' Fees and Costs. On or before June 5, 2017, the Parties will file a Joint Stipulation outlining the above and including the briefing schedule, damages allocation (indicated in bullet point two, *supra*), and a timetable for entry of judgment.

Dated: May 31, 2017                 */s/ Jacob R. Rusch*
                                                    TIMOTHY J. BECKER
                                                    JACOB R. RUSCH
                                                    JOHNSON BECKER, PLLC
                                                    Trial Counsel for Plaintiffs

Dated: May 31, 2017                 */s/ Byung-Kwan Park*
                                                    ROBERT G. HULTENG
                                                    AURELIO J. PÉREZ
                                                    BYUNG-KWAN PARK
                                                    LITTLER MENDELSON, P.C.
                                                    Attorneys for Defendants
                                                    VELOCITY EXPRESS, LLC and TRANSFORCE,
                                                    INC. and DYNAMEX OPERATIONS EAST, LLC

**ATTESTATION FOR COMPLIANCE WITH CIVIL L.R. 5-1(i)(3)**

I, Byung-Kwan Park, declare under penalty of perjury and pursuant to the laws of California and the United States that I have in my possession e-mail correspondence from Jacob R. Rusch that the content of this Joint Stipulation is acceptable to all persons required to sign it.

Dated: May 31, 2017

*/s/ Byung-Kwan Park*
BYUNG-KWAN PARK
LITTLER MENDELSON, P.C.

Firmwide:147940418.1 064752.1003

LITTLER MENDELSON, P.C.
333 Bush Street
34th Floor
San Francisco, CA  94104
415.433.1940

ATTESTATION RE STIPULATION                                    Case No. 17-cv-02623-JST