ROBERT G. HULTENG, Bar No. 071293
rhulteng@littler.com
AURELIO J. PÉREZ, Bar No. 282135
aperez@littler.com
BYUNG-KWAN PARK, Bar No. 306719
bpark@littler.com
LITTLER MENDELSON, P.C.
333 Bush Street, 34th Floor
San Francisco, California 94104
Telephone: (415) 433-1940
Fax: (415) 399-8490

Attorneys for Defendants
VELOCITY EXPRESS, LLC and TRANSFORCE,
INC. and DYNAMEX OPERATIONS EAST, LLC

Timothy J. Becker (MN Bar No. 256663)
tbecker@johnsonbecker.com
Jacob R. Rusch (MN Bar No. 391892)
jrusch@johnsonbecker.com
JOHNSON BECKER, PLLC
33 South Sixth Street, Suite 4530
Minneapolis, Minnesota 55402
Telephone:    612.436.1800
Facsimile:    612.436.1801

Trial Counsel for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| CLAUDE K. BOCONVI and JAMES R. MACK,<br><br>Plaintiffs,<br><br>v.<br><br>VELOCITY EXPRESS, LLC a wholly-owned subsidiary of Dynamex Operations East, LLC, TRANSFORCE, INC., and DYNAMEX OPERATIONS EAST, LLC,<br><br>Defendants. | Case No.  3:17-cv-02623-JST<br><br>*Assigned for all purposes to the Honorable Jon S. Tigar*<br><br>**JOINT STIPULATION REGARDING JUDGMENT AMOUNT AND BRIEFING SCHEDULE**<br><br>Complaint Filed:            Nov. 9, 2012<br>1st Amended Complaint Filed:   Jan. 8, 2013<br>2nd Amended Complaint Filed:  July 18, 2013<br>3rd Amended Complaint Filed:   Mar. 28, 2014<br>4th Amended Complaint Filed:   June 26, 2014 |

JT STIP RE JUDGMENT AMOUNT
AND BRIEFING SCHEDULE

Case No. 3:17-cv-02623-JST

LITTLER MENDELSON, P.C.
333 Bush Street
34th Floor
San Francisco, CA 94104
415.433.1940

On May 31, 2017, the Parties stipulated to judgment for Plaintiff Claude K. Boconvi ("Boconvi") in the amount of $2,500.00 and for Plaintiff James R. Mack ("Mack") in the amount of $60.000.00. (Doc. No. 30.) The Parties agreed that the stipulation was not an admission of liability by Defendants, but rather a means to expedite Defendants' appellate rights and a ruling on Plaintiffs' forthcoming Motion for Attorneys' Fees and Costs. (*Id.*) On June 1, 2017, the Court vacated the pretrial conference previously set for June 7, 2017 and bench trial set for June 12, 2017. (Doc. No. 31.) The Court ordered the Parties to submit a stipulation setting out the terms of their agreement and proposing a briefing schedule for any further motions. (*Id.*) The Parties do so below.

## I. ALLOCATION OF JUDGMENT AWARD

The Parties agree that the judgment amounts shall be allocated as follows:

1. The entire $2,500.00 judgment amount for Boconvi is payment for all claims alleged on his behalf in either the Complaint, Doc. No. 1, or in the operative complaint in the companion case, Case No. 3:12-cv-05790-JST, Doc. No. 140 (collectively, "Complaints"). These claims include claims for unpaid overtime wages, liquidated damages, and interest, under the Fair Labor Standards Act, 29 U.S.C. § 201, *et seq.* ("FLSA"). The judgment amount shall consist of $1,250.00 in overtime damages and $1,250.00 in liquidated damages.

2. The judgment for Mack in the amount of $60,000.00 is for all claims alleged on his behalf in the Complaints. These claims include claims for unpaid overtime wages, liquidated damages, and interest, under the FLSA as well as a number of claims under California law, including similar claims for overtime, and claims for expense reimbursements. The stipulated amount of damages shall comprise two parts: (a) an award for unreimbursed expenses under California Labor Code § 2802 (exclusive of attorneys' fees and costs) in the amount of $35,000.00, inclusive of interest; and (b) an award for all remaining claims under the FLSA and California law, in either or both of the Complaints. The remaining claims totaling $25,000.00 shall consist of $12,500.00 in overtime damages and $12,500.00 in liquidated damages.

3. The judgment amounts for both Boconvi and Mack do not include attorneys' fees and

LITTLER MENDELSON, P.C.
333 Bush Street
34th Floor
San Francisco, CA  94104
415.433.1940

JT STIP RE JUDGMENT AMOUNT
AND BRIEFING SCHEDULE                    1.                    Case No. 3:17-cv-02623-JST

costs, the amounts for which shall be separately considered by the Court upon the Parties' briefing pursuant to the briefing schedule below.

4. Defendants' agreement to this Joint Stipulation and the allocation of judgment amounts set forth above shall not be construed as an admission by Defendants of any liability whatsoever, or as an admission by Defendants of any violation of the rights of Boconvi and/or Mack or the violation of any order, law, statute, duty, or contract whatsoever against Boconvi and/or Mack.  Defendants specifically disclaim any liability to Boconvi and/or Mack for any alleged violation of the rights of Boconvi and/or Mack, or for any alleged violation of any order, law, statute, duty, or contract on the part of Defendants.  Plaintiffs' agreement to this Joint Stipulation, likewise, shall not be construed as an admission by Boconvi and/or Mack of any liability whatsoever to Defendants.

5. Entry of Judgment shall occur in conjunction with the Court's Order on Plaintiffs' Motion for Attorneys' Fees and Costs.

II. **PROPOSED BRIEFING SCHEUDLE**

The Parties agree to the following briefing deadlines with respect to Plaintiffs' forthcoming Motion for Attorneys' Fees and Costs:

| Plaintiffs' Motion | July 14, 2017 |
|---|---|
| Defendants' Opposition | July 31, 2017 |
| Plaintiffs' Reply | August 7, 2017 |

LITTLER MENDELSON, P.C.
333 Bush Street
34th Floor
San Francisco, CA  94104
415.433.1940

JT STIP RE JUDGMENT AMOUNT AND BRIEFING SCHEDULE    2.    Case No. 3:17-cv-02623-JST

| | |
|---|---|
| Dated:  June 5, 2017 | */s/ Aurelio J. Pérez*<br>AURELIO J. PÉREZ<br>BYUNG-KWAN PARK<br>LITTLER MENDELSON, P.C.<br>Attorneys for Defendants<br>VELOCITY EXPRESS, LLC and<br>TRANSFORCE, INC. and DYNAMEX<br>OPERATIONS EAST, LLC |
| Dated:  June 5, 2017 | */s/ Jacob R. Rusch*<br>TIMOTHY J. BECKER<br>JACOB R. RUSCH<br>JOHNSON BECKER, PLLC<br>Trial Counsel for Plaintiffs |

LITTLER MENDELSON, P.C.
333 Bush Street
34th Floor
San Francisco, CA  94104
415.433.1940

JT STIP RE JUDGMENT AMOUNT AND BRIEFING SCHEDULE     3.     Case No. 3:17-cv-02623-JST

**ATTESTATION FOR COMPLIANCE WITH CIVIL L.R. 5-1(i)(3)**

I, Aurelio J. Pérez, declare under penalty of perjury and pursuant to the laws of California and the United States that I have in my possession e-mail correspondence from Jacob R. Rusch that the content of this Joint Stipulation is acceptable to all persons required to sign it.

Dated: June 5, 2017

/s/ *Aurelio J. Pérez*
AURELIO J. PÉREZ
LITTLER MENDELSON, P.C.

Firmwide:148013887.2 064752.1003

LITTLER MENDELSON, P.C.
333 Bush Street
34th Floor
San Francisco, CA 94104
415.433.1940

JT STIP RE JUDGMENT AMOUNT AND BRIEFING SCHEDULE    4.    Case No. 3:17-cv-02623-JST