1 ROBERT G. HULTENG, Bar No. 071293
rhulteng@littler.com
2 AURELIO J. PÉREZ, Bar No. 282135
aperez@littler.com
3 BYUNG-KWAN PARK, Bar No. 306719
bpark@littler.com
4 LITTLER MENDELSON, P.C.
333 Bush Street, 34th Floor
5 San Francisco, California 94104
Telephone: (415) 433-1940
6 Fax: (415) 399-8490

7 Attorneys for Defendants
VELOCITY EXPRESS, LLC and TRANSFORCE,
8 INC. and DYNAMEX OPERATIONS EAST, LLC

9 Timothy J. Becker (MN Bar No. 256663)
tbecker@johnsonbecker.com
10 Jacob R. Rusch (MN Bar No. 391892)
jrusch@johnsonbecker.com
11 Molly E. Nephew (MN Bar No. 397607)
mnephew@johnsonbecker.com
12 JOHNSON BECKER, PLLC
444 Cedar Street, Suite 1800
13 St. Paul, Minnesota 55101
Telephone: 612.436.1800
14 Facsimile: 612.436.1801

15 Trial Counsel for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| CLAUDE K. BOCONVI and JAMES R. MACK,<br><br>Plaintiffs,<br><br>v.<br><br>VELOCITY EXPRESS, LLC a wholly-owned subsidiary of Dynamex Operations East, LLC, TRANSFORCE, INC., and DYNAMEX OPERATIONS EAST, LLC,<br><br>Defendants. | Case No. 3:17-cv-02623-JST<br><br>*Assigned for all purposes to the Honorable Jon S. Tigar*<br><br>**JOINT STIPULATION REGARDING BRIEFING SCHEDULE**<br><br>Complaint Filed: Nov. 9, 2012<br>1st Amended Complaint Filed: Jan. 8, 2013<br>2nd Amended Complaint Filed: July 18, 2013<br>3rd Amended Complaint Filed: Mar. 28, 2014<br>4th Amended Complaint Filed: June 26, 2014 |

On July 6, 2017, the Court continued the hearing on Plaintiffs' Motion for Attorneys' Fees and Costs from August 17, 2017, to September 21, 2017. Following a short meet-and-confer regarding the current briefing schedule for Plaintiffs' Motion, the Parties agreed to the following amended briefing deadlines with respect to Plaintiffs' forthcoming Motion for Attorneys' Fees and Costs:

|  | Original Date | New Date |
|---|---|---|
| Plaintiffs' Motion | July 14, 2017 | August 2, 2017 |
| Defendants' Opposition | July 31, 2017 | August 18, 2017 |
| Plaintiffs' Reply | August 7, 2017 | August 25, 2017 |

Under the original briefing schedule, Plaintiffs' Motion was to be fully briefed 10 days prior to the hearing date. Under the new briefing schedule, briefing will conclude 25 days prior to the hearing date. The amended schedule will not prejudice either party and no other extension has been requested.

**SO STIPULATED.**

Dated: July 7, 2017

*/s/ Byung-Kwan Park*
ROBERT G. HULTENG
AURELIO J. PÉREZ
BYUNG-KWAN PARK
LITTLER MENDELSON, P.C.
Attorneys for Defendants
VELOCITY EXPRESS, LLC and
TRANSFORCE, INC. and DYNAMEX
OPERATIONS EAST, LLC

Dated: July 7, 2017

*/s/ Jacob R. Rusch*
TIMOTHY J. BECKER
JACOB R. RUSCH
MOLLY E. NEPHEW
JOHNSON BECKER, PLLC
Trial Counsel for Plaintiffs

**IT IS SO ORDERED.**

Dated: July 7, 2017

_____
THE HONORABLE JON S. TIGAR
UNITED STATES DISTRICT JUDGE

**ATTESTATION FOR COMPLIANCE WITH CIVIL L.R. 5-1(i)(3)**

I, Jacob Rusch, declare under penalty of perjury and pursuant to the laws of California and the United States that I have in my possession e-mail correspondence from Byung-Kwan Park that the content of this Joint Stipulation is acceptable to all persons required to sign it.

<pre>
                                    /s/ Jacob R. Rusch
                                    Jacob R. Rusch
                                    JOHNSON BECKER, PLLC
</pre>