1  TIMOTHY J. BECKER (MN Bar No. 256663)
   tbecker@johnsonbecker.com
2  JACOB R. RUSCH (MN Bar No. 391892)
   jrusch@johnsonbecker.com
3  JOHNSON BECKER, PLLC
4  444 Cedar Street, Suite 1800
   Saint Paul, Minnesota 55102
5  Telephone: (612) 436-1800
   Facsimile: (612) 436-1801
6

7  *Trial Counsel for Plaintiffs*

8  ROBERT G. HULTENG, Bar No. 071293
   rhulteng@littler.com
9  AURELIO J. PÉREZ, Bar No. 282135
   aperez@littler.com
10 LITTLER MENDELSON, P.C.
   333 Bush Street, 34th Floor
11 San Francisco, California 94104
   Telephone: (415) 433-1940
12 Fax: (415) 399-8490

13
   *Attorneys for Defendants*
14 VELOCITY EXPRESS, LLC and TRANSFORCE,
   INC. and DYNAMEX OPERATIONS EAST, LLC

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| CLAUDE K. BOCONVI and JAMES R. MACK<br><br>Plaintiffs,<br><br>v.<br><br>VELOCITY EXPRESS, LLC, a wholly-owned subsidiary of Dynamex Operations East, LLC[1], TRANSFORCE, INC., and DYNAMEX OPERATIONS EAST, LLC,<br><br>Defendants, | Case No.: 3:17-cv-02623-JST<br><br>*Assigned for all purposes to the Honorable Jon S. Tigar*<br><br>**STIPULATED ENTRY OF JUDGMENT**<br><br>Complaint Filed:   May 5, 2017 |

---

[1] Formerly Dynamex Operations East, Inc.

**STIPULATED ENTRY OF JUDGMENT**  **CASE NO.** 3:17-CV-02623-JST

I. **ALLOCATION OF JUDGMENT AWARD.**

1. The entire $2,500.00 judgment amount for Boconvi is payment for and resolves all claims alleged on his behalf in the Complaint, Dkt. No. 1. These claims include claims for unpaid overtime wages, liquidated damages, and pre-judgment interest under the Fair Labor Standards Act, 29 U.S.C. § 201, *et seq.* ("FLSA"). The judgment amount shall consist of $1,250.00 in overtime damages and $1,250.00 in liquidated damages.

2. The judgment for Mack in the amount of $60,000.00 is payment for and resolves all claims alleged on his behalf in the Complaint, Dkt. No. 1. These claims include claims for unpaid overtime wages, liquidated damages, and pre-judgment interest under the FLSA as well as claims under California law, including claims for overtime and expense reimbursements. The stipulated amount of damages shall comprise two parts: (a) an award of $35,000 for unreimbursed expenses under California Labor Code § 2802; and (b) an award for $25,000 for all remaining claims under the FLSA and California law. Specifically, these remaining claims consist of $12,500.00 in overtime damages and $12,500.00 in liquidated damages.

3. Following Plaintiffs' motion and supplemental briefing for attorneys' fees and costs related to the *Boconvi* matter, the Court awarded $2,124,031.14 in attorneys' fees and $136,575.60 in costs. *Boconvi*, Dkt. No. 82.

II. **ENTRY OF JUDGMENT.**

The entirety of Boconvi's and Mack's claims being adjudicated by the Court's summary judgment order and the Parties' stipulated judgment as to the amount of damages, the Court now enters **JUDGMENT** in the amount of $2,323,106.74. The Clerk is directed to close the case.

Dated: __July 19__, 2018

_____
THE HONORABLE JON S. TIGAR
UNITED STATES DISTRICT JUDGE

Firmwide:155850324.1 064752.1003